PER CURIAM.
Manuel R. Del Rio appeals an order denying his motion to correct illegal sentence under Florida Rule of Criminal Procedure 3.800(a). The decisions of the United States Supreme Court in Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and Blakely v. Washington, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), are not retroactive. Modest v. State, 892 So.2d 566, 567 (Fla. 3d DCA 2005). The decision in Ring v. Arizona, 536 U.S. 584, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002), is likewise not retroactive. See Schriro v. Summerlin, 542 U.S. 348, 124 S.Ct. 2519, 159 L.Ed.2d 442 (2004).
Affirmed.